COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 December 3, 2015
 No. 10-14-00316-CR
 STANLEY YARBOROUGH
 v.
 THE STATE OF TEXAS
 _______________
 
 From the 12[th] District Court
 Walker County, Texas
 Trial Court No. 23,744
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. It is the judgment of this Court that the trial court's Judgment Adjudicating Guilt signed on July 30, 2014 is affirmed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk